IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02762-BNB

GREGGORY WADE OLIVER,

    Applicant,

v.

ARISTEDES ZAVARAS, Executive Director, Colorado Department of Corrections,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 1 4 2011

GREGORY C. LANGHAM
    CLERK

---

ORDER TO FILE SUPPLEMENT TO PRELIMINARY RESPONSE

---

As part of the preliminary consideration of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 filed on November 12, 2010, in this action, the Court ordered Respondent to file a Preliminary Response limited to addressing the affirmative defenses of timeliness under 28 U.S.C. § 2244(d) and/or exhaustion of state court remedies. On December 8, 2010, Respondent filed a Preliminary Response and on January 5, 2011, Applicant filed a reply to the Preliminary Response.

Respondent argues in the Preliminary Response that the habeas corpus application is barred by the one-year limitation period in 28 U.S.C. § 2244(d). In his reply, Applicant concedes that the instant action is time-barred in the absence of equitable tolling and argues that the one-year limitation period is subject to tolling for equitable reasons. Respondent has not had an opportunity to respond to Applicant's equitable tolling argument. Therefore, Respondent will be directed to file a supplement to the Preliminary Response that addresses Applicant's equitable tolling argument if Respondent wishes to respond to that argument. Accordingly, it is

ORDERED that **within twenty-one (21) days from the date of this Order** Respondent shall file a supplement to the Preliminary Response that complies with this Order if Respondent wishes to respond to Applicant's equitable tolling argument. It is

FURTHER ORDERED that **within twenty-one (21) days of the filing of any supplement to the Preliminary Response** Applicant may file a Reply, if he desires.

DATED January 14, 2011, at Denver, Colorado.

                                              BY THE COURT:

                                              s/ Boyd N. Boland
                                              United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02762-BNB

Greggory Wade Oliver
Prisoner No. 63284
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

Nicole s. Gellar
Assistant Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**

    I I hereby certify that I have mailed a copy of the ORDER to the above-named individuals on January 14, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk